JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

```
BRENDA JOHNSON O/B/O DEVAA          )
JOHNSON,                            )   Case No. EDCV 07-01694-MLG
                                    )
            Plaintiff,              )   JUDGMENT
                                    )
     v.                             )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of the                 )
Social Security Administration,     )
                                    )
            Defendant.              )
_____)
```

   IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: October 9, 2008

_____
MARC L. GOLDMAN
United States Magistrate Judge